No. 87–6563.   WARD *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 87–6572.   CEDAR *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 87–993.   MISSOURI *v.* CARPENTER.   Sup. Ct. Mo.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.